UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Glenn Woodard,                                              Civil No. 15-3809  ADM/JJK

          Petitioner,

v.                                                              **ORDER**

Denese Wilson,
Warden, FCI–Sandstone,

          Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Jeffrey J. Keyes dated March 3, 2016, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Petitioner Glenn Woodard's petition under 28 U.S.C. § 2241 for writ of habeas corpus is **DISMISSED** with prejudice. (Doc. No. 1).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 24, 2016

                                                                      s/Ann D. Montgomery
                                                                      Ann D. Montgomery
                                                                      United States District Court Judge